UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY E. HOBSON,

                Plaintiff,

   -against-

ACTING COMMISSIONER DANIEL F. MATUCELLO, III, ET AL.,

                Defendant.

24-cv-5029 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 3, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 8, 2025
            New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge