# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

~~Daniel F. Martuscello III~~
Anthony Hobson

Write the full name of each plaintiff.

24 CV 5029

(Include case number if one has been assigned)

-against-

Daniel F. Martuscello III, Commissioner

Carol Moores M.D., Dep. Commissioner

Mark Miller, G.H.C.F. Superintendent

Dr. Stillman, Dr. Akhter, - Medical Director, Medical Provider

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**AMENDED**
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No



RECEIVED
JAN 0 2 2025
PRO SE OFFICE

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Anthony_ _____ _Hobson_
First Name              Middle Initial              Last Name

_N/A_
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_22B0836_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_22B0836_
Current Place of Detention

_Green Haven Correctional Facility_     _594 Route 216_
Institutional Address                    _P.O. Box 4000_

_Stormville_          _NY._          _12582_
County, City              State              Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    Daniel    F.    Matuscello III
First Name          Last Name                    Shield #

Commissioner
Current Job Title (or other identifying information)

Harriman State Campus - Building 4   1220 Washington Ave.
Current Work Address

Albany                          N.Y.              12226-2050
County, City                    State             Zip Code

Defendant 2:    Carol   Moores    M.D.
First Name          Last Name                    Shield #

Dep. Commissioner / Chief Medical Officer
Current Job Title (or other identifying information)

Harriman State Campus - Building 4   1220 Washington Ave.
Current Work Address

Albany                          N.Y.              12226-2050
County, City                    State             Zip Code

Defendant 3:    Mark        Miller
First Name          Last Name                    Shield #

Superintendent - G.H.C.F.
Current Job Title (or other identifying information)

594  Route 216
Current Work Address

Stormville                      NY                12582
County, City                    State             Zip Code

Defendant 4:    Dr. Stillman
First Name          Last Name                    Shield #

Medical Director - G.H.C.F.
Current Job Title (or other identifying information)

594  Route 216
Current Work Address

Stormville                      NY                12582
County, City                    State             Zip Code

Defendant 5:    Dr. Akhter
Medical Provider - G.H.C.F.
594 Route 216
Stormville, N.Y.   12582

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _Green Haven Correctional Facility_

Date(s) of occurrence: _10/31/23 (Date of transfer) to Present_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Plaintiff is caught in a vicious circle of unaccountable and indifferent Correctional Department management. D.O.C.C.S. policies relating to inmate personal property are detrimental at best placing inmates in a constant state of loss.

A simple function as a transfer from one facility (Clinton Correctional) to another (Green Haven Correctional) has resulted in the plaintiff losing property. Due to a loss of control at Green Haven and poorly trained staff inmate gangs and affiliated organizations dictate phone use on the "housing" units, and "recreation" areas. Plaintiff has been threatened several times. Superintendent Miller was notified confidentially (no reply to date), Commissioner Martuscello was notified as well (no reply to date), finally plaintiff contacted the Corrections Office of Special Investigation (OSI) and to date no reply.

Upon transfer plaintiff was denied medication for mental health for 3 weeks, denied previously prescribed medication for spasms, and allergies for almost a year, and as of this writing still being denied treatment for hearing impairment.

For approximately 10 months plaintiff was periodically denied opportunity to attend mandatory medication call-outs, law library

Page 4

services, and religous services.

Dr. Akhter was directly responsible for leaving plaintiff in a periodic state of debilitating pain due to indifferent medical care, and what can only be described as incompetence. Each of the other listed defendants, Commissioner Martuscello, Dep. Commissioner Carol Moores M.D., Superintendent Miller, and Dr. Stillman all assume leadership roles in D.O.C.C.S., were all repeatedly notified for months of the issues and complaints of the plaintiff and all failed to act for reasonable and timely resolution. All are ultimately responsible for the care, and control of inmates in their custody.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Due to a lack of control and care plaintiff suffered physical ailments, loss of property, denial of services, and abridged rights to privacy and confidentiality. Plaintiff still suffers from hearing impairment as his specialist (audiologist) follow-up has yet to be scheduled a delay now of 3 months (+) and counting.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

Although some of plaintiff's issues were resolved with the the help of legal advocacy and legal escalation, plaintiff was needlessly allowed to suffer for months to a year only to have his same previous prescribed treatments and medications issued. Just as inmates are penalized for filing frivolous complaints, D.O.C.C.S. and its offending facilites should be penalized for failing to meet their own standards of care and those humanely accepted by society. Plaintiff asks the court to determine a fair monetary relief or damage

Page 5

Relief (continued)

for the excessive delays and indifferent denials of care and protection of property and privacy. Please note plaintiff is still experiencing hearing loss to date and has been waiting for a specialist appointment since September. A complaint has been filed with O.S.I. regarding telephone access.

Finally plaintiff asks the court to use whatever influence or power it has to hold D.O.C.C.S. and it's facilities accountable to meet the minimum standards set by New York State and the United States for care, custody and control of inmate population.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application,

12/16/24
Dated

Anthony Hobson
Plaintiff's Signature

Anthony                    Hobson
First Name        Middle Initial        Last Name

594 Route 216
Prison Address

Stormville                    NY            12582
County, City                    State            Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:   *12/18/24 (cover letter & complaint)

* Due to G.H.C.F. mailing issues this complaint and documentation is being sent from plaintiff's home address.

Page 6

Anthony Hobson 22B0826
Green Haven Corr. facility
P.O. Box 4000
Stormville, NY 12582

PRO, Se



United States District Court
Southern District of New York
U.S. Courthouse 500 Pearl Street
New York, N.Y. 10007

CONFIDENTIAL

DEC 27 2024
CLERK'S OFFICE

NEOPOST
12/20/2024
US POSTAGE $000.97⁹
FIRST-CLASS MAIL

ZIP 12582

RECEIVED
JAN 0 2 2025
PRO SE OFFICE